1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELY BARTOLO,<br><br>        Plaintiff,<br><br>   v.<br><br>ELVIRA CARDONA., et al.,<br><br>        Defendants. | Case No.: C 10-5097 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PARTIES EITHER TO FILE WRITTEN CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE OR TO REQUEST REASSIGNMENT TO A DISTRICT JUDGE** |

The initial case management conference in this case is set for January 25, 2011, and the deadline for filing a joint case management statement was January 18, 2011. *See* ADR Scheduling Order. As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 18, 2011. *See* Civ. L. R. 73-1(a)(1). The parties have neither consented nor requested reassignment. Furthermore, the parties failed to file a joint case management statement.

IT IS HEREBY ORDERED that no later than January 25, 2011, parties shall either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge.

IT IS HEREBY ORDERED that no later than January 25, 2011, parties shall file a joint case management statement.

IT IS FURTHER ORDERED that the case management conference is continued to

ORDER

1 | February 1, 2011 at 2 p.m.

2 | Dated: January 20, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER