| | |
|---|---|
| 1 | RONALD K. LOSCH -  #98170 |
|   | MARK R. MEYER - #238231 |
| 2 | Losch & Ehrlich - Attorneys at Law |
|   | 425 California Street, Suite 2025 |
| 3 | San Francisco CA 94104 |
|   | Telephone:     (415) 956-8400 |
| 4 | Facsimile:      (415) 956-2150 |
|   | E-mail:          rl@losch-ehrlich.com |
| 5 | |
|   | Attorneys for Defendants |
| 6 | ELVIRA B. CARDONA, RODOLFO CARDONA |
|   | and MONTE FARLEY MANOR |
| 7 | |

**UNITED STATES FEDERAL COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| ELY BARTOLO, on behalf of herself and all similarly situated others, | ) ) ) | Case No. CV 10-05097 PSG |
| Plaintiffs, | ) ) | **STIPULATION AND REQUEST FOR ORDER RE FILING OF PRETRIAL PLEADINGS** |
| v. | ) ) | |
| ELVIRA B. CARDONA, RODOLFO CARDONA, MONTE FARLEY MANOR, DOES 1 TO 30, | ) ) ) ) | Pretrial Conference: December 20, 2011 Trial Date:                January 9, 2012 |
| Defendants. | ) ) | |

   Plaintiff, Ely Bartolo; and Defendants Elvira B. Cardona, Rodolfo Cardona, and Monte Farley Manor, through their respective counsel, hereby Stipulate to a Joint Request for an Order allowing the filing of Pleadings as required by Judge Grewal's Standing Order to be made on or before December 12, 2011.

//
//
//
//
//
//
//

1    This request is made to allow current settlement discussions to continue and in light of Plaintiff's
2 counsel's trial schedule (Mr. Crespo, counsel for Plaintiff, is currently set to start a trial on December 9,
3 2011, the preparation for said trial having prevented the completion of all necessary pretrial filings).
4 SO STIPULATED:

Dated:  December 8, 2011                              Respectfully submitted,

                                                      LOSCH & EHRLICH

                                                      */S/ Ronald K. Losch*
                                            By:       _____
                                                      Ronald K. Losch
                                                      Mark R. Meyer
                                                      Attorneys for Defendants
                                                      Elvira B. Cardona, Rodolfo
                                                      Cardona and Monte Farley Manor

                                                      Law Offices of Rafael Crespo, Jr.

                                                      */s/ Rafael Crespo*
                                            By:       _____
                                                      Rafael Crespo, Jr., Esq.
                                                      Attorney for Plaintiff
                                                      Ely Bartolo

SO ORDERED:

Dated: December 9, 2011

                                                      _____
                                                      Paul S. Grewal,
                                                      Magistrate Judge,
                                                      U.S. District Court,
                                                      Northern District of California