1  RONALD K. LOSCH -  #98170
   MARK R. MEYER - #238231
2  Losch & Ehrlich - Attorneys at Law
   425 California Street, Suite 2025
3  San Francisco CA 94104
   Telephone:    (415) 956-8400
4  Facsimile:    (415) 956-2150
   E-mail:       rl@losch-ehrlich.com
5
   Attorneys for Defendants
6  ELVIRA B. CARDONA, RODOLFO CARDONA
   and MONTE FARLEY MANOR
7

8              **UNITED STATES FEDERAL COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN JOSE DIVISION**

11 ELY BARTOLO, on behalf of herself and all      )    Case No. CV 10-05097 PSG
   similarly situated others,                     )
12                                                 )
                        Plaintiffs,                )    **STIPULATION AND REQUEST FOR**
13                                                 )    **ORDER RE FILING OF PRETRIAL**
   v.                                              )    **PLEADINGS**
14                                                 )
   ELVIRA B. CARDONA, RODOLFO                      )
15 CARDONA, MONTE FARLEY MANOR,                    )    Pretrial Conference: December 20, 2011
   DOES 1 TO 30,                                   )    Trial Date:              January 9, 2012
16                                                 )
                        Defendants.                )
17 _____  )

18       Plaintiff, Ely Bartolo; and Defendants Elvira B. Cardona, Rodolfo Cardona, and Monte Farley

19 Manor, through their respective counsel, hereby Stipulate to a Joint Request for an Order allowing the

20 filing of Pleadings as required by Judge Grewal's Standing Order to be made on or before December 12,

21 2011.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

**1**

**Stipulation and Request for Order– Case No. CV 10-05097 PSG**

1    This request is made to allow current settlement discussions to continue and in light of Plaintiff's

2    counsel's trial schedule (Mr. Crespo, counsel for Plaintiff, is currently set to start a trial on December 9,

3    2011, the preparation for said trial having prevented the completion of all necessary pretrial filings).

4    SO STIPULATED:

5

    Dated:  December 8, 2011                                  Respectfully submitted,
6
                                                              LOSCH & EHRLICH
7
                                                              /S/ Ronald K. Losch
8                                                 By:         _____
                                                              Ronald K. Losch
9                                                             Mark R. Meyer
                                                              Attorneys for Defendants
10                                                            Elvira B. Cardona, Rodolfo
                                                              Cardona and Monte Farley Manor
11
                                                              Law Offices of Rafael Crespo, Jr.
12
                                                              /s/ Rafael Crespo
13
                                                  By:         _____
14                                                            Rafael Crespo, Jr., Esq.
                                                              Attorney for Plaintiff
15                                                            Ely Bartolo

16   SO ORDERED:

17   Dated: December 9, 2011

18                                                            _____
                                                              Paul S. Grewal,
19                                                            Magistrate Judge,
                                                              U.S. District Court,
20                                                            Northern District of California

21

22

23

24

25

26

27

28

**Stipulation and Request for Order– Case No. CV 10-05097 PSG**