1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELY BARTOLO, ) | Case No.: C 10-5097 PSG |
| ) | |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| ELVIRA CARDONA, et al., ) | **(Re: Docket No. 35)** |
| ) | |
| Defendants. ) | |
| ) | |

The court has been informed that the parties are close to reaching a settlement agreement.

The parties request an additional 30 days to file a stipulated dismissal without prejudice.

IT IS HEREBY ORDERED that the Defendants' pending motion in limine is DENIED

without prejudice. IT IS FURTHER ORDERED that the parties are required to file a stipulation of

dismissal by March 7, 2012.  If a stipulation of dismissal is not filed by that date, the parties shall

appear on March 13, 2012 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show

cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal

Rule of Civil Procedure 41(b).

Dated:  2/6/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 10-5097
ORDER